**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2135**

BALAL SERVICES TRUST,

        Plaintiff - Appellee,

    and

UNITED STATES OF AMERICA,

        Defendant - Appellee,

    v.

WILLIAM CLIFTON STACEY, SR.,

        Defendant - Appellant,

    and

FREIDA B. STACEY,

        Defendant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:15-cv-00046-CCE-LPA)

Submitted: March 31, 2016      Decided: April 13, 2016

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Clifton Stacey, Sr., Appellant Pro Se.  Paul Ira Klein, Robert Gregory Tomchin, CRANFORD, SCHULTZE, TOMCHIN & ALLEN, PA, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Stacey, Sr., appeals the district court's order granting the Government's motion for default judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Balal Servs. Tr. v. Stacey, No. 1:15-cv-00046-CCE-LPA (M.D.N.C. Sept. 10, 2015); see Fed. R. Civ. P. 55; 28 U.S.C. § 3304(b)(1)(A), (B) (2012); N.C. Gen. Stat. § 39-23.4 (2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED